Attorneys for Plaintiffs

Thomas H. Geoghegan
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511
tgeohegan@dsgchicago.com
*Attorney for Plaintiffs*

Michael W. Bien,
Ernest Galvan,
Kara J. Janssen,
Rosen Bien Galvan & Grunfeld, LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Tel.: (415) 433-6830
Fax.: (415) 433-7104
egalvan@rbgg.com
mbien@rbgg.com
kjanssen@rbgg.com

*Attorneys for Plaintiffs*
*(Pro Hac Vice Applications Pending)*