**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EBONY PAYNE, PAM HEAVENS, UNITED SPINAL ASSOCIATION, NATIONAL COUNCIL ON INDEPENDENT LIVING, NOT DEAD YET, INSTITUTE FOR PATIENTS' RIGHTS, PROGRESS CENTER FOR INDEPENDENT LIVING, CHICAGO ADAPT, and NOOSHIG LUZ SALVADOR, M.D.,

Plaintiffs,

v.

THE HONORABLE JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois, ILLINOIS DEPARTMENT OF PUBLIC HEALTH, THE HONORABLE SAMEER VOHRA, M.D in his official capacity as Director of the Illinois Department of Public Health,

Defendants.

Case No. 1:26-cv-06886
District Judge John J. Tharpe, Jr.
Magistrate Judge David Weisman

**PLAINTIFFS EBONY PAYNE'S, UNITED SPINAL ASSOCIATION'S, AND PROGRESS CENTER FOR LIVING'S MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Plaintiffs Ebony Payne, United Spinal Association and Progress Center for Independent Living, move the Court for a Preliminary Injunction under Rule 65 of the Federal Rules of Civil Procedure and the Court's inherent power. The above-listed Plaintiffs request that the Court issue a Preliminary Injunction prohibiting the Defendants in this action from implementing the Illinois End-of-Life Options for Terminally Ill Patients Act ("EOLA"), 410 ILCS 22/1 et seq., which is currently set to take effect on September 12, 2026, during the pendency of this action.

This Motion is based on the instant Motion, Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction (filed concurrently as Exhibit A to Plaintiffs' Unopposed Motion for Leave to File Brief in Excess of Page Limits and Proposed Briefing Schedule), the Declarations of Ebony Payne, Horacio Esparza, and Stephen Lieberman in Support of Plaintiffs' Motion for Preliminary Injunction, the Complaint in this Action, and any further briefing or hearing on this Motion.

In compliance with Judge Tharpe's Motion Procedures, counsel for the moving Plaintiffs and the Defendants have reached an agreed briefing schedule, which the parties propose here:

Defendants' Opposition Due August 18, 2026

Moving Plaintiffs' Reply Due August 25, 2026.

/ / /

/ / /

/ / /

/ / /

The parties respectfully request that any hearing set on the motion be set for the week of August 31, 2026.

Date: July 22, 2026

Respectfully submitted,

By: /s/ *Ernest Galvan*

Michael W. Bien*
Ernest Galvan*
Kara J. Janssen*
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Tel.: (415) 433-6830
Fax.: (415) 433-7104
mbien@rbgg.com
egalvan@rbgg.com
kjanssen@rbgg.com

*Attorneys for Plaintiffs*

Thomas H. Geoghegan
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511
tgeohegan@dsgchicago.com

*Attorney for Plaintiffs*

*Admitted Pro Hac Vice*