**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EBONY PAYNE, PAM HEAVENS, UNITED SPINAL ASSOCIATION, NATIONAL COUNCIL ON INDEPENDENT LIVING, NOT DEAD YET, INSTITUTE FOR PATIENTS' RIGHTS, PROGRESS CENTER FOR INDEPENDENT LIVING, CHICAGO ADAPT, and NOOSHIG LUZ SALVADOR, M.D.,

Plaintiffs,

v.

THE HONORABLE JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois, ILLINOIS DEPARTMENT OF PUBLIC HEALTH, THE HONORABLE SAMEER VOHRA, M.D. in his official capacity as Director of the Illinois Department of Public Health,

Defendants.

Case No. 1:26-cv-06886

**DECLARATION OF HORACIO ESPARZA, EXECUTIVE DIRECTOR OF PLAINTIFF PROGRESS CENTER FOR INDEPENDENT LIVING, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

HORACIO ESPARZA, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age and am otherwise competent to make this Declaration. I am submitting this Declaration in Support of Plaintiffs' Motion for Preliminary Injunction in the above-captioned litigation. The evidence set out in the following Declaration is based on my own personal knowledge.

2. I am the Executive Director of the Progress Center for Independent Living ("PCIL"), a Plaintiff in the above-captioned matter. I am a citizen of the State of Illinois.

3. I first got involved with PCIL in 1999. At the time, both my wife and I were in a dark place after learning that my son had a retinal detachment. I also have a daughter who is blind. I felt like life did not make any sense and I even had thoughts of suicide. Three months later, I heard about PCIL and applied for a job as an Independent Living Coordinator. Being blind myself, PCIL was more than just a job. It was an opportunity to serve my community.

4. PCIL was founded in 1988 in Oak Park, Illinois and later moved to Forest Park, Illinois where it is based today. PCIL is a community-based, nonprofit service and advocacy organization for people with disabilities. The organization is a member of the nationwide network of centers for independent living ("CILs").

5. PCIL is an organization led and staffed by people with disabilities. We have around 20 employees total, including a Program Director, Office Manager, Deaf Services Coordinator, Home Services Manager, and Head of Communications and Outreach. We are governed by a board consisting of 12 members. Most of the staff and board members have disabilities.

6. PCIL provides all of the essential CIL services including independent living training, peer counseling, advocacy, transition services, and information and referrals. We have robust home services and personal assistance programs to help people live independently in the community. We also help people access medical benefits, including applying for healthcare plan discounts and the State Health Insurance Assistance Program

("SHIP"). We generally help people as much as we can and then refer them to other organizations if they need more support.

7. My understanding is that there are a total of 22 CILs in Illinois. PCIL serves around 150 active individuals with disabilities in the Cook County suburbs and beyond. We refer to people served by PCIL as "consumers." We help consumers find personal assistants, housing, medical benefits, and healthcare resources. PCIL receives about 3,000 referrals every year.

8. Providing both direct services and systems advocacy ensures that the rights of people with disabilities are protected. As Executive Director of PCIL, I have seen that laws are not enough. We need organizations like PCIL to make sure that civil rights are enforced and that people with disabilities receive equal treatment as required by the law. People with disabilities deserve the same human dignity and protection as everyone else.

9. When the Illinois assisted suicide law goes into effect on September 12, 2026, it will certainly disrupt the mission of PCIL and force a new mission upon it – to provide the suicide prevention programs that the State of Illinois is abandoning. Though we have always engaged in suicide prevention for people with life-threatening disabilities, up until now, we could rely on the State as a partner in this effort. Now, the State has changed its position. The State now views these same people as eligible for physician assisted suicide without any requirement for mental health counseling. The State has implicitly, if not expressly, endorsed suicide as a good and not an evil, leaving PCIL and other organizations to undertake suicide prevention on their own. The Illinois assisted suicide law allows doctors and the medical system to counter our work. We will

be forced to increase counseling services significantly to offset the implicit encouragement of suicide by the State.

10. Instead of connecting people with the resources they need, our organization will instead have to spend time, money, and other resources educating consumers about the risks of this new law. We will also need to increase our service programs to address our consumers' concerns that the law removes the obligation of physicians to do no harm. This not only burdens our organization but also the work of our staff and volunteers.

11. I know that this is inevitable because we have already received phone calls from distressed consumers expressing suicidal thoughts. As a care giving organization, we will immediately have to change the care that we are giving. My staff and I have spoken with people eligible for assisted suicide under the new law who have told us that they would "rather not be living" or "rather die." The law is an existential threat to these and other PCIL consumers who will be steered away from suicide prevention and life-saving medical care towards assisted suicide simply because they have a severe disability. The State is openly offering suicide as a solution.

12. Our consumers' fears are exacerbated by impending Medicaid cuts in Illinois. I understand that Governor Pritzker signed the Medicaid Omnibus Bill into law on June 16, 2026, which will cut off around 10,000 Illinois residents from Medicaid starting in October. But the reality is that around 62% of our state's current Medicaid funding comes from the federal government. Illinois will lose around $48 billion in federal Medicaid funding over the next ten years, resulting in around 330,000 Illinois residents losing Medicaid coverage. These cuts will certainly reduce community-based

care options for people with disabilities and force our consumers into institutionalized facilities. For example, people who are able to live independently right now with respite care (temporary care from a professional who is not the primary caregiver) will lose such supports and be forced to live in nursing homes, which are often understaffed and generally provide much lower quality care to our consumers.

13. The new law directly threatens PCIL's ability to dissuade consumers from dying by suicide because the new law says that using any means to prevent a person from dying by physician assisted suicide is a form of coercion and undue influence. The law also states that nothing in the law limits civil or criminal liability for trying to stop a person from using lethal medication prescribed under the law. PCIL uses many means to try to dissuade consumers from taking their own lives, including counseling, verbal persuasion, referral to resources, and reaching out to loved ones, family members and others to help. We intend to continue trying to save lives by such means, but now must risk civil and criminal liability for doing so. If it goes into effect, the new law will cause serious hesitation and fear for PCIL staff and volunteers who seek to continue our core activities of working with consumers who are considering giving up trying to access continued care and dying prematurely instead.

//

//

//

//

//

14. I understand that PCIL is joined by other Plaintiffs in the lawsuit to enjoin Illinois's assisted suicide law. I can confirm that co-Plaintiff Pamela Heavens is the board secretary at PCIL and that co-Plaintiff Ebony Payne has also received services from PCIL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 21 day of July, 2026.

Horacio Esparza
Executive Director,
Progress Center for Independent Living