**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EBONY PAYNE, PAM HEAVENS, UNITED SPINAL ASSOCIATION, NATIONAL COUNCIL ON INDEPENDENT LIVING, NOT DEAD YET, INSTITUTE FOR PATIENTS' RIGHTS, PROGRESS CENTER FOR INDEPENDENT LIVING, CHICAGO ADAPT, and NOOSHIG LUZ SALVADOR, M.D.,

Plaintiffs,

v.

THE HONORABLE JAY ROBERT PRITZKER, in his official capacity as Governor of the State of Illinois, ILLINOIS DEPARTMENT OF PUBLIC HEALTH, THE HONORABLE SAMEER VOHRA, M.D in his official capacity as Director of the Illinois Department of Public Health,

Defendants.

Case No. 1:26-cv-06886
District Judge John J. Tharpe, Jr.
Magistrate Judge David Weisman

**PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS AND PROPOSED BRIEFING SCHEDULE**

Plaintiffs Ebony Payne, Pam Heavens, United Spinal Association, National Council on Independent Living, Not Dead Yet, Institute for Patients' Rights, Progress Center for Independent Living, Chicago ADAPT, and Nooshing Luz Salvador, M.D., by and through their attorney, hereby move this Court to permit them to file a memorandum of law that exceeds the fifteen page limit by five pages. In support of this motion, Plaintiffs state as follows:

1. Pursuant to Local Rule 7.1 Plaintiffs' Memorandum of Law In Support of Plaintiffs' Motion for Preliminary Injunction is not to exceed fifteen pages, unless leave of court is granted to file a longer brief.

2. Plaintiffs have worked hard to condense their arguments into the fifteen-page limitation. However, in order to adequately address all of the issues necessary, Plaintiffs required five additional pages for their memorandum.

3. Counsel for Plaintiffs conferred with counsel for Defendants, who stated that Defendants do not object to this request. Plaintiffs also do not oppose an additional five pages for Defendants' brief in opposition to Plaintiffs' motion and Defendants similarly do not oppose an additional five pages, if needed, for Plaintiffs' brief in reply.

4. Accordingly, Plaintiffs hereby request leave to file a twenty (20) page memorandum, a copy of which is attached hereto as Exhibit A.

5. The Parties have also met and conferred regarding a briefing schedule for Plaintiffs' motion and propose the following:

a. Defendants' Oppositions Due August 18, 2026

b. Plaintiffs' Reply Due August 25, 2026

6. The Parties have also met and conferred and are available if needed for a hearing on Plaintiffs motion the week of August 31, 2026.

WHEREFORE, Plaintiffs request the entry of an order granting this motion for leave to file a memorandum in excess of the page limit.

Date: July 22, 2026

Respectfully submitted,
By: */s/ Ernest Galvan*
Michael W. Bien*
Ernest Galvan*
Kara J. Janssen*
Rosen Bien Galvan & Grunfeld LLP

Thomas H. Geoghegan
Despres, Schwartz & Geoghegan, Ltd.

*Attorney for Plaintiffs*