**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ebony Payne, et al.

Plaintiff,

v.

Case No.: 1:26−cv−06886
Honorable John J. Tharp Jr.

Jay Robert Pritzker, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiffs' motion for leave to file excess pages [26] is granted. The memorandum may not exceed twenty pages. The plaintiffs' motion for preliminary injunction [25] is taken under consideration. Pursuant to the parties' agreed briefing schedule, defendants' response is due 8/18/26; plaintiffs' reply is due 8/25/26. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.