**IN THE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Ebony Payne, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Governor Jay Robert Pritzker, in his official capacity, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-6886<br><br>District Judge John J. Tharp, Jr.<br>Magistrate Judge David Weisman |

**DEFENDANTS' *UNOPPOSED* MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendants Governor Jay Pritzker, the Illinois Department of Public Health, and Director Sameer Vohra, M.D. ("Defendants"), respectfully request that this Court enter an order permitting Defendants to file a memorandum, not to exceed 30 pages, in opposition to Plaintiffs' Motion for Preliminary Injunction. In support of this motion, Defendants state as follows:

1. On June 11, 2026, Plaintiffs filed a 46-page Complaint challenging the Illinois End-of-Life Options for Terminally Ill Patients Act ("the Act") that is set to take effect on September 12, 2026. Dkt. 1. Plaintiffs bring six claims in their Complaint. Plaintiffs assert standing as individuals living with long-term disabilities, organizations that advocate for disability rights, and a physician. Plaintiffs allege that the Act lowers the ethical standard for healthcare providers by presenting death as a treatment option for otherwise treatable, long-term disabilities.

2. On July 22, 2026, Movant-Plaintiffs Ebony Payne, United Spinal Association, and Progress Center for Independent Living filed their 20-page memorandum in support of their Motion for Preliminary Injunction to prevent the implementation of the Act. Dkt. 26-1.

3. Defendants' opposition to Plaintiffs' motion is due August 18, 2026.

4. Local Rule 7.1 sets the page length for Defendants' opposition at 15 pages.

5. Due to the need to respond to the lengthy complaint and Motion for Preliminary Injunction, Defendants seek leave to file a memorandum of law in opposition to Plaintiffs' motion, not to exceed 30 pages.

6. Plaintiffs' counsel advised Defendants' counsel that Plaintiffs do not take a position on the requested extension.

**CONCLUSION**

WHEREFORE, Defendants respectfully request that this Court enter an order permitting it to file a memorandum of law in opposition to Plaintiffs' Motion for Preliminary Injunction not to exceed 30 pages; and grant any other relief that is just.

Dated: August 17, 2026

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

*/s/ Elena S. Meth*
Elizabeth Morris, ARDC #6297239
Elena S. Meth, ARDC # 6346041
Office of the Illinois Attorney General
Special Litigation Bureau
115 S. LaSalle Street, 35th Floor
Chicago, IL 60603
312-814-3000
elizabeth.morris@ilag.gov
elena.meth@ilag.gov

*Counsel for Defendants*