**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ebony Payne, et al.

Plaintiff,

v.

Case No.: 1:26−cv−06886
Honorable John J. Tharp Jr.

Jay Robert Pritzker, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' unopposed motion for leave to file excess pages [28] is granted. Plaintiffs' response may not exceed 30 pages. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.