**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Ebony Payne, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Governor Jay Robert Pritzker, in his official capacity, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-6886<br><br>District Judge John Tharp, Jr.<br>Magistrate Judge David Weisman |

**DEFENDANTS' *UNOPPOSED* MOTION TO STAY**
**RESPONSIVE PLEADING DEADLINES**

Defendants Governor JB Pritzker, Director Sameer Vohra, M.D., and the Illinois Department of Public Health, by their attorney, the Illinois Attorney General, move to stay responsive pleading deadlines in this matter until resolution of Movant-Plaintiffs' Motion for Preliminary Injunction (Dkt. 25). In support of their motion, Defendants state as follows:

1. On June 11, 2026, Plaintiffs filed their Complaint. (Dkt. 1.)

2. On July 1, 2026, Defendants filed an unopposed motion to extend the time to file their motion to dismiss to Friday, September 4, 2026. (Dkt. 19.)

3. On July 2, 2026, the Court granted Defendants' motion and extended the deadline to file a responsive pleading to September 4, 2026. (Dkt. 20.)

4. On July 22, 2026, Movant-Plaintiffs Ebony Payne, United Spinal Association, and Progress Center for Independent Living filed a motion for preliminary injunction. (Dkt. 25.)

5. The motion for preliminary injunction has been fully briefed by Plaintiffs and Defendants. (*See* Dkt. 26, 29, 35.)

6. On August 26, 2026, the Court ordered a hearing on the motion for preliminary injunction for September 4, 2026, at 10:00 AM. (Dkt. 37.)

7. Because Movant-Plaintiffs' motion is currently pending before the Court, Defendants request a stay of the responsive pleading deadline until the Court resolves the motion for preliminary injunction.

8. Defendants' counsel conferred with counsel for Plaintiffs. Plaintiffs do not oppose this motion.

9. Plaintiffs and Defendants agree to propose a briefing schedule for Defendants' motion to dismiss within seven days after the Court enters its decision on the motion for preliminary injunction.

10. Counsel for Proposed Intervenors have been advised about the proposed stay of Defendants' deadline to file a motion to dismiss.

WHEREFORE Defendants respectfully request that this Court enter an order (1) staying Defendant's responsive pleading deadline until after resolution of Movant-Plaintiffs' motion for preliminary injunction, and (2) requesting Plaintiffs and Defendants submit a proposed briefing schedule for a motion to dismiss within seven days after the Court enters its decision on the motion for preliminary injunction; and granting any other relief that is equitable and just.

Dated: August 31, 2026

Submitted by:

KWAME RAOUL
*Attorney General of Illinois*

*/s/ Elizabeth Morris*
Elizabeth Morris, ARDC #6297239
Elena S. Meth, ARDC # 6346041
Office of the Illinois Attorney General
Special Litigation Bureau
115 S. LaSalle Street, 35th Floor
Chicago, IL 60603

312-814-3000
elizabeth.morris@ilag.gov
elena.meth@ilag.gov

*Counsel for Defendants*