**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ebony Payne, et al.
Plaintiff,
v.
Jay Robert Pritzker, et al.
Defendant.

Case No.: 1:26−cv−06886
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The parties' joint motion to stay deadlines for the responsive pleadings and joint initial status report [50] is granted. After resolution of the show−cause order regarding Plaintiffs' standing, the court will set further deadlines as needed. The Defendants' response to the Plaintiffs' show cause filing will be due by October 26, 2026; reply due by November 9, 2026. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.